UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID TILLMAN DELOACH,

        Defendant.

_____/     **INDICTMENT**

The Grand Jury charges:

### Count One
(False Statement During Purchase of Firearms)

Between on or about April 17, 2021, and April 20, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**DAVID TILLMAN DELOACH**,

in connection with the acquisition of firearms, specifically a Canik TP-9 9mm pistol with serial number 21CB09203 and a Canik TP-9SFX 9mm pistol with serial number 21BC11191, from On Target Guns and Gunsmithing, a licensed dealer of firearms, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to On Target Guns and Gunsmithing. This identification was intended and likely to deceive On Target Guns and Gunsmithing as to a fact material to the lawfulness of the sale of the said firearms to the defendant under Chapter 44 of Title 18 of the United States Code, in that the defendant falsely represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, that his name and true identity was that of J.F.Y., when in fact, as the defendant then knew, he was not J.F.Y.

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

## Count Two
(Aggravated Identity Theft)

Between on or about April 17, 2021, and April 20, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**DAVID TILLMAN DELOACH**

knowingly possessed and used, without lawful authority, a means of identification of another person, specifically the State of Michigan driver's license of J.F.Y., during and in relation to the commission of the crime of False Statement During Purchase of Firearms, as charged in Count One of this Indictment.

18 U.S.C. § 1028A(a)(1), (b), (c)(3)
18 U.S.C. § 922(a)(6)

## Count Three
(Felon in Possession of Firearms)

On or about April 20, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**DAVID TILLMAN DELOACH**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Canik TP-9 9mm pistol with serial number 21CB09203 and a Canik TP-9SFX 9mm pistol with serial number 21BC11191, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## Count Four
(False Statement During Purchase of Firearms)

Between on or about April 29, 2021, and April 30, 2021, in Kent County, in the Southern Division of the Western District of Michigan,

**DAVID TILLMAN DELOACH**,

in connection with the acquisition of firearms, specifically a Canik TP-9SFX 9mm pistol with serial number 21BC14412 and a Glock 19 9mm pistol with serial number BPEC365, from Barracks 616, a licensed dealer of firearms, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Barracks 616.  This identification was intended and likely to deceive Barracks 616 as to a fact material to the lawfulness of the sale of the said firearms to the defendant under Chapter 44 of Title 18 of the United States Code, in that the defendant falsely represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, that his name and true identity was that of J.F.Y., when in fact, as the defendant then knew, he was not J.F.Y.

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

## Count Five
(Aggravated Identity Theft)

Between on or about April 29, 2021, and April 30, 2021, in Kent County, in the Southern Division of the Western District of Michigan,

**DAVID TILLMAN DELOACH**

knowingly possessed and used, without lawful authority, a means of identification of another person, specifically the State of Michigan driver's license of J.F.Y., during and in relation to the commission of the crime of False Statement During Purchase of Firearms, as charged in Count Two of this Indictment.

18 U.S.C. § 1028A(a)(1), (b), (c)(3)
18 U.S.C. § 922(a)(6)

## Count Six
(Felon in Possession of Firearms)

On or about April 29, 2021, in Kent County, in the Southern Division of the Western District of Michigan,

**DAVID TILLMAN DELOACH**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Canik TP-9 9mm pistol with serial number 21BC14412 and a Glock 19 9mm pistol with serial number BPEC365, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Counts 3 or 6 of this Indictment, or the offense in violation of 18 U.S.C. § 922(a)(6) set forth in Counts 1 or 4 of this Indictment,

**DAVID TILLMAN DELOACH**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to: a Glock 19 9mm pistol with serial number BPEC365, and a Canik TP-9SFX 9mm pistol with serial number 21BC11191, and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney